UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 3:25-cr-21-HES-SJH
18 U.S.C. § 844(f)(1)
(Arson of Federal Property)

JUSTIN SORCI

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Arson of Federal Property)**

On or about February 1, 2025, in the Middle District of Florida, the defendant,

JUSTIN SORCI,

maliciously damaged, and attempted to damage, by means of fire, the Osceola National Forest, that is, real property owned and possessed by the United States and an agency thereof, the U.S. Forest Service.

In violation of 18 U.S.C. § 844(f)(1).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. §§ 844(c) and 982(a)(2)(B) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 844, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, and pursuant to 18 U.S.C. § 844(c) and 28 U.S.C. § 2461(c), any explosive materials involved or used or intended to be used in the violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL,



Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
MICHAEL J. COOLICAN
Assistant United States Attorney

By: _____
FRANK TALBOT
Assistant United States Attorney
Chief, Jacksonville Division

3

FORM OBD-34
2/5/25 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

JUSTIN SORCI

INDICTMENT

Violations: 18 U.S.C. § 844(f)(1)

A true bill,



_____
Foreperson

Filed in open court this 5th day of February, 2025.

_____
Clerk

Bail   $_____

GPO 863 525