United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.  NO. 3:25-mj-1062-LLL

**JUSTIN SORCI**

---

### Clerk's Minutes

Proceeding:               Initial Appearance

| Judge | Laura Lothman Lambert United States Magistrate Judge | Date and Time | 2/3/2025 3:39 p.m. – 3:49 p.m. |
|---|---|---|---|
| Deputy Clerk | Natasa Kojic | Tape/Reporter | Digital |
| Counsel for United States | Michael Coolican, Assistant United States Attorney | Counsel for Defendant | Lisa Call, Esquire |
| Interpreter | None Present | Pretrial | Daniel Dumpit |

Court requested presence of counsel for possible appointment. Lisa Call is present.

Defendant arrested by the US Forest Service out of Jacksonville, Florida.

Defendant advised of rights, charges, penalties, and special assessment.

Defendant seeks to represent himself. Defendant questioned regarding financial condition. Defendant allowed to proceed pro se, subject to outcome of *Faretta* hearing. Court will appoint the Office of the Federal Defender as stand by counsel.

**Order to enter.**

United States' oral motion for detention under section 18 U.S.C. 3142(f)(1) & (f)(2).

United States' oral motion to continue the detention hearing, with no objection from the defendant, is **granted**.

*Faretta* and Detention Hearings set for **Wednesday, February 5, 2025, at 2:00 p.m.**

**Order of temporary detention to enter.**