United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.  No. 3:25-mj-1062-LLL

**JUSTIN SORCI**

_____

## Order of Temporary Detention
## Pending Hearing Pursuant to Bail Reform Act

Upon the oral motion of the United Sates, it is **ordered** that the detention and Faretta hearing are set for **Wednesday, February 5, 2025, at 2:00 p.m.,** before **Laura Lothman Lambert, United States Magistrate Judge,** in **Courtroom No. 5D, Fifth Floor, 300 North Hogan Street, Jacksonville**. The defendant will be held in custody by the United States Marshals and produced for the hearing.

**Ordered** in Jacksonville, Florida on February 3, 2025.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
Michael Coolican, Assistant United States Attorney
Office of the Federal Defender
Justin Sorci (defendant)
U.S. Marshals Service
U.S. Pretrial Services